# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL RAVY

NO. 2020 KW 0712

**NOVEMBER 09, 2020**

---

In Re: Michael Ravy, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. W-87-2-157.

---

**BEFORE: GUIDRY, THERIOT, AND LANIER, JJ.**

**WRIT DENIED.** The sentencing transcript does not support relator's claim that he filed a "Motion to Vacate and Set Aside the Convictions and Sentences" prior to the imposition of the sentence in this case.

**JMG**
**MRT**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT